UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BARBARA JEAN CARTER,** <br><br> Plaintiff, <br><br> vs. <br><br> **SOCIAL SECURITY COMMISSIONER,** <br><br> Defendant. | 2:20-CV-10863-TGB-KGA <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 19)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's March 17, 2021 Report and Recommendation (ECF No. 19), recommending that the Commissioner's motion for summary judgment be granted, that the Plaintiff's motion for summary judgment be denied, and that the ALJ's decision be affirmed.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report .

1

. . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of March 17, 2021, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation of March 17, 2021 (ECF No. 19) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the Commissioner's motion for summary judgement (ECF No. 18) is **GRANTED**, the Plaintiff's motion for summary judgment (ECF No. 17) is **DENIED**, and that the findings and conclusions of the Commissioner are **AFFIRMED**.

**SO ORDERED** this 30th day of April, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge