UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BARBARA JEAN CARTER,**<br><br>Plaintiff,<br><br>vs.<br><br>**SOCIAL SECURITY COMMISSIONER,**<br><br>Defendant. | 2:20-CV-10863-TGB-KGA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 19)** |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 19), it is **ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (ECF No. 17) is **DENIED**, Defendant's motion for summary judgment (ECF No. 18) is **GRANTED**, and the findings and conclusions of the Commissioner are **AFFIRMED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: April 30, 2021

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk



APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE